IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

V.                       Criminal No. 05-20076-001

HARDRICK JEROME WOODS                                                DEFENDANT

O R D E R

On this 30th day of January 2006, there comes on for consideration the report and recommendation filed on January 23, 2006, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 25). Defendant has not filed written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety.

Accordingly, Defendant's motions to suppress (Docs. 15-16) are hereby DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)